IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
DIANNE KUULEIMOMI HOAPILI,,      )     CV NO. 12-00495 HG-RLP
                                 )
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
AMERICAN SAVINGS BANK; HAWAII    )
HOUSING FINANCE AND              )
DEVELOPMENT CORPORATION          )
FORMERLY HOUSING FINANCE AND     )
DEVELOPMENT CORPORATION          )
FORMERLY HAWAII HOUSING          )
AUTHORITY; INTERNAL REVENUE      )
SERVICE; JOHN AND/OR JANE        )
DOES 1-999,                      )
                                 )
          Defendants.            )
_____
```

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 6)</u>

Findings and Recommendation were filed and served on all parties on September 14, 2012.  Plaintiff filed Objections on September 26, 2012 (Doc. 7). Plaintiff's Objections are difficult to understand and are not relevant to the finding that the Complaint fails to state a claim because there is a complete and obvious defense from the face of the pleadings as to the First, Second, and Third cause of action in the Complaint.

On Page 10, Paragraph 2, of Plaintiff's Objections, Plaintiff states she accepts the ruling of the Court as to the deficiencies of the Fourth cause of action.

Plaintiff then states on Page 11, the final page of her objections under the title <u>Deficiencies</u>:

    1.    Plaintiff thanks the Court for allowing the
original complaint to be amended and duly notes
the deficiencies found in the Fourth Cause of

      Action.

2. Plaintiff here and now gives notice to the Court the First Amended Complaint will be forthcoming to cure deficiencies.

There being no relevant objections to the Findings and Recommendation of the Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation That (1) Plaintiff's First, Second, and Third Causes of Action Be Dismissed with Prejudice; (2) Plaintiff Be Given Leave to File an Amended Complaint as to Her Fourth Cause of Action; and (3) Plaintiff's Application to Proceed Without Prepayment of Fees Be Denied (Doc. 6) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 24, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge